DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BENJAMIN VALLE-MACIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> BENJAMIN VALLE-MACIEL, <br> *Defendant.* | No. 1:10-cr-00054 LJO <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING <br><br> DATE:  March 12, 2012 <br> TIME:  8:30 A.M. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 21, 2012, **may be continued to March 12, 2012 at 8:30 A.M.**

This continuance is at the request of defense counsel to allow for proper preparation of the sentencing hearing. Defense is in receipt of the draft presentence report and had scheduled a Spanish interpreter in order to meet with client to review the draft and prepare for sentencing. Mr. Valle-Maciel has been housed at the Fresno County Jail during the pendency of the case up until a few days ago. Defense counsel was unaware Mr. Valle-Maciel was transferred to Lerdo until yesterday when I attempted to visit him.

Because of the logistics of the bus transportation from Lerdo, defense counsel will not be able to review the draft PSR with the client until February 8. As such, defense respectfully requests the continued

///

sentencing hearing date, as well as the probationary deadlines to be extended three weeks, so defense can properly prepare and file its papers on this case.

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 25, 2012       By:   /s/ Yashar Nilchian
                                    YASHAR NILCHIAN
                                    Special Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 25, 2012       By:   /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BENJAMIN VALLE-MACIEL


**O R D E R**

IT IS SO ORDERED.

**Dated:   January 26, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE